TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00306-CV

Sam S. Roberts, III, Appellant

v.

Sarah Nixon Roberts, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 95-516-FC2, HONORABLE ROBERT F. B. (SKIP) MORSE, JUDGE PRESIDING 

PER CURIAM

 On March 9, 1999, this Court abated this appeal to allow the parties to seek
bankruptcy court approval of their proposed settlement agreement. The parties have now filed a
joint motion to vacate the trial-court judgment and remand the cause for entry of an agreed order. 
Accordingly, we reinstate the appeal on our docket and grant the parties' motion. The parties have
further agreed that all costs should be taxed to the party incurring same.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Vacated and Remanded On Joint Motion for Entry of Settlement Agreement

Filed: April 8, 1999

Do Not Publish